**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6506**

———————————

BIRCH MONROE BOWES,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; JAMES C.
PIERCE, JR., Superintendent,

Respondents - Appellees.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Russell A. Eliason, Magistrate Judge. (CA-99-810-1)

———————————

Submitted: July 13, 2000          Decided: July 24, 2000

———————————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Birch Monroe Bowes, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Birch Monroe Bowes seeks to appeal the magistrate judge's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the magistrate judge's orders and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See <u>Bowes v. Attorney Gen. of N.C.</u>, No. CA-99-810-1 (M.D.N.C. Mar. 8 & 22, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge, with appeal to this court. <u>See</u> 28 U.S.C.A. § 636(c) (West 1994 & Supp. 2000).